IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-44-GCM

| | |
|---|---|
| JOSEPH REA, <br>     Plaintiff, <br> v. <br><br> ASSURITY LIFE INSURANCE <br> COMPANY, *et al*, <br>     Defendants. | ORDER GRANTING <br> ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendants to allow **H. SANDERS CARTER, JR.** to appear *Pro Hac Vice*, dated January 30, 2012 [doc.# 4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Robb has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: January 31, 2012

Graham C. Mullen
United States District Judge